■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAFAEL BONILLA, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■     In the Matter of AMBRO APTS. CORP. et al., Appellants, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■     In the Matter of the Arbitration between FORGE MILLS, INC., Respondent, and MILLER & LEVINE, INC., Appellant.— Order and judgment (one paper) unanimously affirmed, with costs to the respondent of this appeal. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■     IDA J. VERNON et al., Respondents, v. SARRA, INC., Appellant, and MANUFACTURERS TRUST COMPANY, as Successor Committee of the Property of ETHEL J. QUIN, an Incompetent Person, et al., Respondents. SARRA, INC., Third-Party Plaintiff-Appellant, v. MANUFACTURERS TRUST COMPANY, Third-Party Defendant-Respondent.— Order and judgment unanimously affirmed, with costs to the respondents of this appeal. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■     JOSEPH J. MUNDET, Appellant, v. MUNDET CORK CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■     CORA KOHLMANN et al., Respondents, v. CITY OF NEW YORK, Appellant.— Judgment unanimously reversed, on the facts, on the ground of the excessiveness of the verdict and a new trial ordered, with costs to defendant, unless the plaintiffs stipulate to reduce the verdict to the sum of $40,000, in favor of the plaintiff Cora Kohlmann and the sum of $12,000, in favor of the plaintiff Herman Kohlmann, in which event the judgment, as so modified, is affirmed, with costs to defendant. Settle order on notice. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■     ANDRETTO BANK A. G., Respondent, v. GOODBODY & Co., Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to plaintiff-respondent. On argument plaintiff conceded that the theory of the pleading is that under Swiss law he does not have to allege or prove special damages, and that if he is required to allege and prove special damages his allegations in that respect are insufficient under the pleading rule in New York. On this concession, and also because at this stage of the proceedings the condition of the Swiss law is a question of fact to be tried, it cannot be said that plaintiff's pleading is insufficient with regard to the causes of action for defamation or for intentional tort since it may be that under Swiss law, unlike New York law, such causes of action exist without necessity of establishing special damages. If, however, such establishment is necessary under Swiss law, plaintiff would be well advised to seek leave to amend his pleading. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.